# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155500(18)

VANESSA OZIMEK,
      Plaintiff-Appellant,

v

                                SC: 155500
                                COA: 335459

LEE J. RODGERS,
      Defendant-Appellee.
                                Wayne CC: 13-109046-DC

_____/

      On order of the Court, the motion to dismiss the application for leave to appeal the February 8, 2017 order of the Court of Appeals is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018 _____     

s1227                                              Clerk